### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DONNELL MURRAY, | ) | |
|         Plaintiff, | ) | |
| vs. | ) | 1:12-cv-001012-JMS-DML |
| | ) | |
| GOLDEN RULE INS. CO./ | ) | |
| UNITED HEALTH CORP., | ) | |
| | ) | |
|         Defendant. | ) | |

**Entry Discussing Motion to Proceed *In Forma Pauperis***
**and Directing Issuance of Process**

**I.**

The plaintiff=s request to proceed *in forma pauperis* [2] is **granted** to the extent that she shall be permitted to pay the $350.00 filing fee in seven $50.00 installments. The first such installment payment shall be paid to the clerk of the court **not later than August 31, 2012.**  The remaining installments shall be paid on or before the last day of each month.

**II.**

The plaintiff has named the Equal Employment Opportunity Commission and United Health Group/United Health One as defendants, but has not alleged any misconduct on the part of either of those entities. Therefore, the **clerk shall** dismiss the EEOC and United Health Group/United Health One as defendants.

**III.**

The clerk is designated pursuant to *Fed. R. Civ. P.* 4(c) to issue process to the defendant Golden Rule Ins. Co./United Health Corp. in the manner specified by Rule 4(d). Process in this case shall consist of 1) the complaint filed on July 24, 2012; 2) the applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons); and 3) this Entry.

**IT IS SO ORDERED.**

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Date: 07/26/2012

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**

Distribution:

Golden Rule Ins. Co./United Health Group
7440 Woodland Dr.
Indianapolis, IN 46278

Donnell Murray
5590 Noble Dr.
Indianapolis, IN 46237